# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARCUS PINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00353-AKK-JHE |
| SHERIFF MATTHEW WADE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Marcus Pinson, who is proceeding *pro se*, brings this action under 42 U.S.C. § 1983 alleging violations of his rights under federal law. Doc. 1. The magistrate judge ordered Pinson to return a signed Prisoner Consent Form within thirty days and advised Pinson that failure to do so could result in dismissal. Doc. 3. After more than thirty days passed and Pinson failed to comply with or otherwise respond to the order, the magistrate judge filed a report recommending that this action be dismissed without prejudice for failure to prosecute. Doc. 4. The magistrate further provided that Pinson had fourteen days to file an objection and that Pinson could cure the deficiency by returning the signed Prisoner Consent form within that time. *Id*. More than fourteen days have passed, and Pinson has not responded.

Therefore, after carefully reviewing and considering *de novo* all the materials in the court file, including the report and recommendation, the court finds that this action is due to be dismissed without prejudice for failure to prosecute. Accordingly, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.

A final judgment will be entered separately.

**DONE** the 28th day of May, 2020.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE